WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 11-01146-cec |
| **MSI SURGICAL SOLUTIONS, LLC,** | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Caritas Health Care, Inc., the plaintiff herein, by and through its attorneys, Kenneth Oestreicher and Whiteford, Taylor & Preston, LLP, hereby dismisses the Complaint to Avoid Preferential and Fraudulent Transfers and to Recover Property filed against the above-captioned Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable in this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: May 13, 2011
    Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

## Certificate of Service

I hereby certify that on May 13, 2011, notice of filing of the foregoing Notice of Dismissal With Prejudice was sent by ECF to all parties receiving such notice.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher (ko8890)

1944251