UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**CARITAS HEALTH CARE, INC., et al.,**<br><br>    Debtors. | Chapter 11<br><br>Cases No. 09-40901 (CEC)<br>through 09-40909 (CEC)<br><br>(Jointly Administered) |

**ORDER APPROVING MOTION OF THE DEBTORS
FOR AN ORDER EXTENDING TIME FOR SERVICE
OF PROCESS FOR CERTAIN AVOIDANCE ACTIONS**

Upon consideration of the motion (the "Motion") of Caritas Health Care, Inc. and the other debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for an order pursuant to sections 102(1) and 105(a) of title 11 of the United States Code and Rules 7004, 7016, and 9006 of the Federal Rules of Bankruptcy Procedure extending the time for service of process for the Subject Adversaries (as defined in the Motion), and the Court having jurisdiction to consider and determine the Motion as a core proceeding in accordance with 28 U.S.C. §§ 157, 1331 and 1334; and no objections to the relief requested having been submitted; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtors and their estates; and due notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the 120-day service period set forth in forth in Fed. R. Civ. P. 4(m), as incorporated by Fed. R. Banks. P. 7004(a) with respect to each of the Subject Adversaries (the

"Service Period"), shall be extended an additional ninety (90) days; and it is further

ORDERED that any party to any Subject Adversary may, for good cause shown and where circumstances warrant, seek a modification of the terms contained in the prior decretal paragraph with respect to such adversary proceeding; and it is further

ORDERED that counsel for the Debtor shall serve a copy of this Order upon the defendants in the Subject Adversaries affected by this Order either with the summons and complaint or as soon after service of the summons and complaint as possible.



**Dated: Brooklyn, New York**
**June 17, 2011**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**