WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | |
| **MSI SURGICAL SOLUTIONS LLC.,** | Adv. Pro. No. 11-01146-cec |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 12, 2011, a notice of the Debtor's intent to seek Bankruptcy Court approval of a proposed settlement negotiated by the parties in the above captioned matter (the "Settlement") was sent pursuant to the Order Establishing Preference Settlement Procedures to the following parties:

| | |
|---|---|
| William E. Curtain, Esquire<br>Valerie E. Millman, Esquire<br>Office of the United States Trustee<br>271 Camden Plaza East<br>Room 4529<br>Brooklyn, New York 11201 | Martin G. Bunin, Esquire<br>Craig E. Freeman, Esquire<br>Alston & Bird, LLP<br>90 Park Avenue<br>New York, New York 10016<br><br>Counsel to the Official Committee<br>of Unsecured Creditors |

Counsel further certifies that no objection to the Settlement was received.

Dated: September 28, 2011
       Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1971495*