**OBJECTION DEADLINE:** November 14, 2011 at 4:00 p.m.
**PRESENTMENT DATE:** November 18, 2011 at 10:00 a.m.

WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
J. Daniel Vorsteg, Esquire
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9429
Fax: 410-625-7510
jdvorsteg@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | **(Jointly Administered)** |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | |
| **MSI SURGICAL SOLUTIONS, LLC,** | Adv. Pro. No. 1-11-01146-cec |
| Defendant. | |

**AMENDED NOTICE OF PRESENTMENT OF ORDER GRANTING PLAINTIFF'S**
**MOTION TO REOPEN ADVERSARY PROCEEDING FOR PURPOSE**
<u>**OF SEEKING COURT APPROVAL OF PROPOSED SETTLEMENT**</u>

PLEASE TAKE NOTICE that, upon the Motion to Reopen Adversary Proceeding for

Purpose of Seeking Court Approval of Settlement, dated October 19, 2011 (the "<u>Motion</u>"), of

Caritas Health Care, Inc. (the "<u>Debtor</u>"), the Debtor will present the proposed order annexed to

the attached Motion (the "Proposed Order") to the Honorable Carla E. Craig, Chief Judge of the United States Bankruptcy Court for the Eastern District of New York, for signature on **November 18, 2011 at 10:00 a.m.** (Eastern Time) at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion and Proposed Order shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Eastern District of New York, shall be filed with the Bankruptcy Court electronically, by utilizing the Court's electronic case filing system at www.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing the same with the Clerk of the Court together with a 3.5 inch diskette containing the same in Portable Document Format (PDF), with a hard copy provided to the Clerk's Office at the Bankruptcy Court for delivery to the Chambers of the Honorable Carla E. Craig, and shall be served upon the Debtors' Special Counsel, Whiteford Taylor & Preston LLP, Seven Saint Paul Street, Baltimore, MD 21202-1626, Attention: J. Daniel Vorsteg so as to be received no later than **November 14, 2011 at 4:00 p.m.** prevailing Eastern time.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served, as set forth above, the Proposed Order may be entered without further notice.  If a written objection is timely filed, a hearing will be held at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York, at a date and time to be established by the Court.  The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: October 19, 2011

                        Respectfully submitted,

                        WHITEFORD, TAYLOR & PRESTON L.L.P.

                        /s/ Kenneth Oestreicher
                        Kenneth Oestreicher, Esquire (ko8890)
                        J. Daniel Vorsteg, Esquire
                        Seven Saint Paul Street, Suite 1800
                        Baltimore, Maryland 21202
                        Tel: 410-347-9429
                        Fax: 410-625-7510
                        jdvorsteg@wtplaw.com

                        Special Counsel to the Debtors

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2011, a copy of the foregoing Amended Notice of Presentment of Order Granting Plaintiff's Motion to Reopen Adversary Proceeding for Purpose of Seeking Court Approval of Proposed Settlement was sent by first class mail, postage prepaid to the following parties:

Carey D. Schreiber, Esq.
William R. Shafton, Esq.
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166

The Office of the United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

                        /s/ Kenneth Oestreicher
                        Kenneth Oestreicher (ko8890)

*1974649*